**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2161**

———————

KUMAR HARSH,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A29-914-503)

———————

Submitted: February 6, 2001      Decided: February 15, 2001

———————

Before MICHAEL, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alfred L. Robertson, Springfield, Virginia, for Petitioner. David W. Ogden, Assistant Attorney General, Jeffrey L. Bernstein, Senior Litigation Counsel, John L. Davis, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kumar Harsh petitions for review of a final order of the Board of Immigration Appeals (Board) denying his application for asylum and withholding of deportation. We have reviewed the administrative record and the Board's August 8, 2000, decision and conclude that Harsh's appeal to this court, filed September 8, 2000, was filed one day late under the applicable transitional rules of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L. No. 104-208, 110 Stat. 3009. See IIRIRA § 309(c)(4)(C); 8 U.S.C.A. § 1252(b)(1) (West 1999) (stating that petitions for review must be filed no later than thirty days after the date of the final order of removal).

We are therefore compelled to dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2